UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF THE COMPLAINT OF SWIFT ENERGY COMPANY AND SWIFT ENERGY OPERATING, LLC, AS OWNER AND OPERATOR OF THE MOTOR VESSEL SEA RAIDER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION NO. 13-5552**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE WILKINSON** |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that undersigned counsel for Swift Energy Operating, LLC and Swift Energy Co. will submit for consideration the accompanying Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel, before the Honorable Eldon E. Fallon, United States District Court Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the 25th day of February 2015, at 9:00 a.m.

1

PD.16535208.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Evans Martin McLeod*
          Evans Martin McLeod (Bar #24846)
          Meredith W. Blanque (Bar #32346)
          Adam N. Davis (Bar #35740)
          Canal Place | 365 Canal Street, Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: 504-566-1311
          Telecopier: 504-568-9130
          Email:  mcleodm@phelps.com
                    meredith.blanque@phelps.com
                    adam.davis@phelps.com

ATTORNEYS FOR SWIFT ENERGY COMPANY AND SWIFT ENERGY OPERATING, LLC

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed on this 28th day of January, 2015 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Evans Martin McLeod*
EVANS MARTIN MCLEOD