UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SWIFT ENERGY COMPANY AND SWIFT ENERGY OPERATING, LLC, AS OWNER AND OPERATOR OF THE MOTOR VESSEL SEA RAIDER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO.  13-5552<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

### ORDER

Considering the foregoing Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel filed on behalf of Swift Energy Company and Swift Energy Operating, LLC;

IT IS HEREBY ORDERED that the foregoing objection be and hereby is SUSTAINED, that the Magistrate Judge's Order (Rec. Doc. 144) is reversed in part, and that the Limitation Claimants are compelled to respond without delay to Swift's Interrogatory No. 9 or Request for Production No. 6.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

PD.16535350.1