

16825 NORTHCHASE DR., SUITE 400, HOUSTON TEXAS 77060 • 281/874-2700

# SWIFT ENERGY OPERATING, LLC

CERTIFIED MAIL # 7000 0520 0024 5762 7487
RETURN RECEIPT REQUESTED

| EXHIBIT |
| :---: |
| "A" |

April 24, 2013

Louisiana Department of Environmental Quality
Southeast Regional Office
New Orleans Office
201 Evans Road, Building 4, Suite 420
New Orleans, Louisiana 70123-5230

Dear Sir or Madam:

SUBJECT:  WRITTEN NOTIFICATION UPDATE
LAKE WASHINGTON FIELD
COCKRELL MORAN (CM) NO. 183 – FEBRUARY 26, 2013 INCIDENT
LSP/HAZMAT INCIDENT REPORT NUMBER: 13-00859
NCR INCIDENT REPORT NUMBER: 1039509
PLAQUEMINES PARISH EPC REPORT NUMBER: 2013-0023

Further to submittal of the attached written incident notification report dated March 2, 2013, Swift Energy Operating, LLC (Swift) hereby provides a follow-up summary of the events leading up to the approval by the State and Federal agencies to terminate response and clean-up activities on March 21, 2013.

As reported on March 2, 2013, the subject well was secured by Wild Well Control, Inc. at 1512 on February 28, 2013, at which time the Unified Command switched focus from well containment and control to spill recovery and clean-up. The subsequent key events are summarized below:

- March 1, 2013 – Based on a review of overflight data and current site impact conditions, it was agreed by the USCG, LOSCO, LADEQ, LADNR, and Swift Incident Command to focus the clean-up efforts using a spot assessment approach (e.g., clean-up pockets of identified oil, deployment of absorbent boom, and ongoing monitoring through aerial flyovers and deployed SCAT teams to assess and remediate the thirty-five (35) identified potentially impacted areas.
- March 4, 2013 – Continued maintenance and recovery activities through use of daily flyovers, SCAT teams, and boom and pad deployment. Eleven (11) of the thirty-five (35) impacted areas were addressed at this point and were pending SCAT assessment.

Swift000119

Louisiana Department of Natural Resources
April 24, 2013
Page 2 of 4

- March 7, 2013 – Recovery and remedial operations of impacted areas via adsorbents were tracking successfully. Operations focused on the removal of recoverable oil via adsorbent pads and replacement of adsorbent boom as needed. Twenty-six (26) of the thirty-five (35) operational targets were remediated.
- March 9, 2013 – Continued maintenance and recovery of remaining identified operational areas and removal of all unneeded adsorbent boom.
- March 10 through 11, 2013 – No water operations due to safety concerns regarding high winds and seas.
- March 14, 2013 – Unified Command personnel and SCAT teams visually inspected previously identified impacted areas and determined that all but four (4) of the impacted areas, were cleared by the USCG and LADEQ. Subsequent to this inspection, the Unified Command for the CM 183 incident stood down. The remaining remediation activity authorithy was transferred back to the Swift management team for project oversight and implementation.
- March 21, 2013 – Maintenance and SCAT assessment teams inspected the remaining four (4) impacted areas. After this inspection, the USCG Sector New Orleans, LADEQ, LADWF, LOSCO, Swift, and ES&H CTG concurred that all response equipment could be removed from all previously impacted areas and that remedial activities for the CM 183 incident were officially concluded. A summary of the thirty-five (35) identified impact areas with State, Federal, U.S. Coast Guard, and Swift approved final remediation dates is attached.

Final disposition of released fluids – The March 2, 2013 submittal reported the release of 76 barrels of crude oil, 76 barrels of produced water, and 261 MCF of natural gas. Swift also reported that 56.47 barrels of crude oil were recovered but none of the natural gas or produced water. The following is an accounting of these fluids which was agreed upon by the USCG, LADEQ, LADNR, LOSCO, Swift, and ES&H:

Volume of fluids released from the CM 183 well:
- Crude oil released – 76 barrels
- Natural Gas – 261 MCF (zero recovered)
- Produced Water – 76 barrels (zero recovered)

Volume of crude oil which impacted water:
- 67 barrels (due to 9 barrels evaporation prior to impacting water per modeling [76 bbls – 9 bbls = 67 bbls])

Swift000120

Louisiana Department of Natural Resources
April 24, 2013
Page 3 of 4

Disposition of Crude Oil:
- Collected during skimming operations – 42 barrels *(Note that the 42 barrels of crude oil recovered during the skimming operations were transferred into the Swift oil and gas production facilities for treatment and recovery for sale. Any recovered water associated with this oil was disposed into Swift's LW Field Class II UIC disposal wells)*
- Evaporation <u>after</u> impacting water – 9 barrels
- Natural dispersion in the water – 1.5 barrels
- Recovered from absorbent pads – 10 barrels
- Recovered from absorbent boom – 4.5 barrels

Based on the above, all fluids released from the well were accounted and their final disposition documented.

Remaining follow-up activities:
- LOSCO representatives have scheduled a final site visit for May 7, 2013 to tour the previously impacted areas to close-out their files. Swift and ES&H personnel will support this effort as well as any additional requests as they arise.
- Swift is working with various insurance providers and legal representation to address several potential insurance claims associated with the CM 183 release.

Due to Swift's immediate response and clean-up at the time of the incident, no additional remedial efforts are deemed necessary at this time (i.e., as confirmed by the USCG and State of Louisiana). If impacts are later identified, Swift will take immediate action to remediate. However, based on the existing conditions, Swift considers this matter resolved.

If you have any questions or desire additional information regarding this request, please contact Mr. Ron Schultz at (281) 423-0331 or ron.schultz@swiftenergy.com.

Very truly yours,

R. J. Redweik
Corporate Manager - Health, Safety, and Environment

Attachments:  March 2, 2013 – Written Notification of CM 183 Incident
Closure of Impacted Area Summary Document

Swift000121

Louisiana Department of Natural Resources
April 24, 2013
Page 4 of 4

cc:    Mr. Richard Hudson, LADNR Lafayette District Office and Faxed to (337) 262-5486
Office of State Police – TESS
LDEQ – SPOC
LDEQ-Enforcement Division
LDEQ – Southeast Regional Office
Plaquemines Parish Emergency Planning Committee

<u>Swift Energy Operating, LLC </u>(via email)
Bryan Ragas/Al Taylor/Elwin Pinkins
Brian Butler/Randy Bailey
Richard Kimberlin/Leatha Greenwood/Steve Creger
Larry Baillargeon/Brian Bell/Clint Helmke
Bill Hudson/Steve Tomberlin
HSE Release File – CM 183 (2/26/2013)