UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SWIFT ENERGY COMPANY AND SWIFT ENERGY OPERATING, LLC, AS OWNER AND OPERATOR OF THE MOTOR VESSEL SEA RAIDER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 13-5552 & 14-276<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

**EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF LIMITATION PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE'S ORDER ON LIMITATION PLAINTIFFS' MOTION TO COMPEL**

**NOW INTO COURT**, through undersigned counsel, come Third-Party Defendants, Wood Group PSN, Inc. and Corvan J. Robichaux ("Defendants"), who file this *Ex Parte* Motion for Leave of Court to file its Memorandum in Support of Limitation Plaintiffs' Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel (the "Objection") [Rec. Doc. No. 150] filed by Plaintiffs in Limitation, Swift Energy Company and Swift Energy Operating, LLC ("Swift").

Defendants were only recently brought into this litigation and only filed their Answer this past week [Rec. Doc. No. 165]. But, even though Defendants are not a party to the dispute that gives rise to Swift's Objection, because the outcome of the dispute could have a significant impact on Defendants' ability to defend themselves, Defendants feel compelled to offer their support to Swift's Objection.

5420321_1

For the reasons more fully described in the attached memorandum, the information potentially contained in Limitation Claimants' Claims submitted to the Gulf Coast Claims Facility and/or the Deepwater Horizon Claim Center ("Claims Information") is both highly relevant to this litigation and not confidential.

**WHEREFORE,** Wood Group PSN, Inc. and Corvan J. Robichaux pray that this Court grant its Motion for Leave of Court to file its Memorandum in Support of Limitation Plaintiffs' Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel, and that the attached Memorandum in Support of Limitation Plaintiffs' Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel be filed into the record of this Court.

Respectfully submitted:

*/s/ Daniel B. Stanton*
Charles R. Talley (#12634)
Daniel B. Stanton (#35337)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone:  (504) 585-3050
Facsimile:  (504) 585-3051
chuck.talley@keanmiller.com
daniel.stanton@keanmiller.com

**Attorneys for Wood Group PSN, Inc. and Corvan J. Robichaux**

2

5420321_1

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 20th day of February, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

*/s/ Daniel B. Stanton*
**DANIEL B. STANTON**

3