UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF SWIFT ENERGY COMPANY AND SWIFT ENERGY OPERATING, LLC, AS OWNER AND OPERATOR OF THE MOTOR VESSEL SEA RAIDER, FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO. 13-5552 & 14-276<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing Ex Parte Motion for Leave to File Memorandum in Support of Limitation Plaintiffs' Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel;

**IT IS HEREBY ORDERED** that Wood Group PSN, Inc. and Corvan J. Robichaux are hereby **GRANTED** leave to file their Memorandum in Support of Limitation Plaintiffs' Objection to Magistrate Judge's Order on Limitation Plaintiffs' Motion to Compel;

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
DISTRICT JUDGE

5425844_1